UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TURST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff(s),<br><br>v.<br><br>REO INVESTMENT ADVISORS V LLC, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-277 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Prof-2013-S3 Legal Title Trust IV v. Reo Investment Advisors V LLC, et al.*, case number 2:17-cv-00277-JCM-CWH.

On February 24, 2017, defendant filed a motion to dismiss. (ECF No. 8). Thereafter, plaintiff filed an amended complaint. (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 8) be, and the same hereby is, DENIED as moot.

DATED March 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**