WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, RICHARD BARON, MANAGER; EL DORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER TO TAKE THE DEPOSITION OF REO INVESTMENT ADVISORS V, LLC OUTSIDE OF DISCOVERY**<br><br>**[FIRST REQUEST]** |
| REO INVESTMENT ADVISORS V, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Counter-Defendant. | |

## STIPULATION AND ORDER TO TAKE THE DEPOSITION OF REO INVESTMENT ADVISORS V, LLC OUTSIDE OF DISCOVERY

Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "PROF"), Defendant/Counterclaimant, REO Investment Advisors V, LLC (hereinafter "REO"), and Defendant, El Dorado Neighborhood Second Homeowners Association ("HOA") (collectively, the "Parties"), by and through their respective counsels of record, hereby stipulate to allow PROF to take the deposition of REO outside of discovery.

Previously, PROF noticed the deposition of REO for October 23, 2017, but due to scheduling difficulties, later rescheduled it for November 21, 2017, January 18, 2018, and February 3, 2018. As none of the scheduled depositions went forward, PROF has rescheduled the deposition of REO for March 9, 2018, and PROF now seeks approval to take the deposition of REO outside of discovery.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 7th day of March, 2018. | DATED this 7th day of March, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | LEACH JOHNSON SONG & GRUCHOW |
| */s/ Krista J. Nielson* | */s/ Ryan D. Hastings* |
| Christina V. Miller, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 7259 |
| Krista J. Nielson, Esq. | Ryan D. Hastings, Esq. |
| Nevada Bar No. 10698 | Nevada Bar No. 12394 |
| 7785 W. Sahara Ave., Suite 200 | 8945 West Russell Road, Suite 330 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee* | *Attorneys for Defendant, Eldorado Neighborhood Homeowners' Association* |

DATED this 7th day of March, 2018.

HONG & HONG

*/s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No. 05995
10781 West Twain Avenue
Las Vegas, NV 89135
*Attorneys for Defendant/Counterclaimant,*
*REO Investment Advisors V, LLC*

**IT IS SO ORDERED.**

DATED this March 9 ___, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3