WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, RICHARD BARON, MANAGER; EL DORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants.<br>REO INVESTMENT ADVISORS V, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Counter-Defendant. | Case No.: 2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[FIRST REQUEST]** |

*///*

*///*

1 **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "PROF"), Defendant/Counterclaimant, REO Investment Advisors V, LLC (hereinafter "REO"), and Defendant, El Dorado Neighborhood Second Homeowners Association ("HOA") (collectively, the "Parties"), by and through their respective counsels of record, hereby stipulate as follows:

PROF originally attempted to depose the 30(b)(6) witness for REO prior to the close of discovery, however, the parties have encountered difficulties completing the deposition. The deposition of the designated witness for REO is currently scheduled for March 9, 2018, while dispositive motions are currently due by March 30, 2018. The parties are requesting an extension of the dispositive motion deadline so that the parties have additional time to fully brief the Court in this matter.

LR 26-4 requires a stipulation to extend a deadline to be made no later than 21 days before the subject deadline and if made within 21 days of the deadline, it must be supported by a showing of good cause. This stipulation is within 21 days of the discovery deadline (March 30, 2018).

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until April 30, 2018, to file their respective Motions for Summary Judgment.

///
///
///
///
///
///
///
///
///

This is the parties' first request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 7th day of March, 2018.    DATED this 7th day of March, 2018.

WRIGHT, FINLAY & ZAK, LLP    LEACH JOHNSON SONG & GRUCHOW

*/s/ Krista J. Nielson*    */s/ Ryan D. Hastings*
Christina V. Miller, Esq.    Sean L. Anderson, Esq.
Nevada Bar No. 12448    Nevada Bar No. 7259
Krista J. Nielson, Esq.    Ryan D. Hastings, Esq.
Nevada Bar No. 10698    Nevada Bar No. 12394
7785 W. Sahara Ave., Suite 200    8945 West Russell Road, Suite 330
Las Vegas, NV 89117    Las Vegas, Nevada 89148
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*    *Attorneys for Defendant, Eldorado Neighborhood Homeowners' Association*

DATED this 7th day of March, 2018.

HONG & HONG

*/s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No. 05995
10781 West Twain Avenue
Las Vegas, NV 89135
*Attorneys for Defendant/Counterclaimant, REO Investment Advisors V, LLC*

**IT IS SO ORDERED.**

DATED this  March 9  , 2018.

_____
UNITED STATES MAGISTRATE JUDGE