WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, RICHARD BARON, MANAGER; EL DORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR U.S. BANK TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO REO INVESTMENT ADVISORS V, LLC'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| REO INVESTMENT ADVISORS V, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff"), and Defendant/Counterclaimant, REO Investment Advisors V, LLC ("REO") (collectively the "Parties"), by and through their counsel

1  of record, hereby stipulate and agree as follows:

2      On April 30, 2018, Plaintiff filed its Motion for Summary Judgment [ECF No. 46]. Also
3  on April 30, 2018, REO filed its Response to Plaintiff's Motion for Summary Judgment [ECF
4  No. 47]. The following day, May 1, 2018, REO filed its Countermotion for Summary Judgment
5  [ECF No. 48]. The deadline for Plaintiff to file its reply in support of its Motion for Summary
6  Judgment is currently May 14, 2018, while Plaintiff's response to REO's Countermotion for
7  Summary Judgment is due May 22, 2018. The Parties have discussed extending the deadlines for
8  Plaintiff to file its reply and its Opposition to REO's Countermotion for Summary Judgment.

9      This is the first stipulation for extension of time for Plaintiff to file its reply and to
10  respond to REO's Countermotion for Summary Judgment. The extension is requested for
11  scheduling reasons and is made in good faith and is not for purposes of delay or prejudice to any
12  other party.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1      WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
2 that the deadline for Plaintiff to file its Reply in Support of its Motion for Summary Judgment, as
3 well the deadline for Plaintiff to file its response to REO's Countermotion for Summary
4 Judgment, shall be extended to May 28, 2018.

DATED this 9th day of May, 2018.                    DATED this 9th day of May, 2018.

WRIGHT, FINLAY & ZAK, LLP                           HONG & HONG


*/s/ Krista J. Nielson*                             */s/ Joseph Y. Hong*
Christina V. Miller, Esq.                           Joseph Y. Hong, Esq.
Nevada Bar No. 12448                                Nevada Bar No. 5995
Krista J. Nielson, Esq.                             1980 Festival Plaza Dr., Suite 650
Nevada Bar No. 10698                                Las Vegas, Nevada 89135
7785 W. Sahara Ave., Suite 200                      *Attorneys for Defendant/Counterclaimant,*
Las Vegas, Nevada 89117                             *REO Investment Advisors V, LLC*
*Attorneys for Plaintiff/Counter-Defendant,*
*PROF-2013-S3 Legal Title Trust IV, by U.S.*
*Bank National Association, as Legal Title*
*Trustee*


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 11, 2018_____