1  **LEACH JOHNSON SONG & GRUCHOW**
   SEAN L. ANDERSON
2  Nevada Bar No. 7259
   RYAN D. HASTINGS
3  Nevada Bar No. 12394
   8945 West Russell Road, Suite 330
4  Las Vegas, Nevada 89148
   Telephone:   (702) 538-9074
5  Facsimile:   (702) 538-9113
   Email: sanderson@leachjohnson.com
6  Email: rhastings@leachjohnson.com
   *Attorneys for Defendants Eldorado Neighborhood*
7  *Second Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V LLC, RICHARD BARON, MANAGER; ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.:   2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES** |

Defendant Eldorado Neighborhood Second Homeowners' Association (the "Association"), and U.S. Bank, N.A. (the "Bank") (collectively, the "Parties"), by and through their respective counsel stipulate and agree as follows:

1. On April 30, 2018, the Association filed a Motion for Summary Judgment [ECF No. 45].

2. On April 30, 2018, the Bank filed a Motion for Summary Judgment [ECF No. 46].

3. On May 21, 2018, the Bank filed a Response to the Association's Motion for Summary Judgment [ECF No. 53].

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

4. On May 21, 2018, the Association filed a Response to the Bank's Motion for Summary Judgment [ECF No. 54].

5. The Parties' deadlines to file replies to the above is June 4, 2018.

6. The Parties agree that each shall have up to and including **June 13, 2018** to file their respective responsive pleadings.

7. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

Agreed to this 4th day of June, 2018.

| LEACH JOHNSON SONG & GRUCHOW | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Krista J. Nielson* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Defendants Eldorado Neighborhood Second HOA* | Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Avenue, #200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank N.A.* |

## ORDER

**IT IS SO ORDERED.**

Dated June 8, 2018.

_____
U.S. District Court Judge