WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, RICHARD BARON, MANAGER; EL DORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT REO INVESTMENT ADVISORS V, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 67)**<br><br>**(FIRST REQUEST)** |
| REO INVESTMENT ADVISORS V, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Counter-Defendant. | |

/././

/././

/././

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT REO INVESTMENT ADVISORS V, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 67)**

Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee ("U.S. Bank"), by and through its attorneys of record, Krista J. Nielson, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant/Counterclaimant, REO Investment Advisors V, LLC ("REO"), by and through its counsel, John Henry Wright, Esq., of The Wright Law Group, P.C. (collectively the "Parties"), hereby stipulate and agree as follows:

On April 30, 2018, REO, by and through its prior counsel, filed its Response to U.S. Bank's Motion for Summary Judgment [ECF No. 47]. On September 28, 2018, REO filed its Motion for Leave to File Supplemental Points and Authorities in Support of Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 67] (the "Motion"). Presently, the deadline for U.S. Bank to file its response to the Motion is October 12, 2018. The Parties have discussed extending the deadline for U.S. Bank to file its response by three weeks to November 2, 2018.

This is the first stipulation for extension of time for U.S. Bank to file its response to the Motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file its Response to Motion for Leave to File Supplemental Points and Authorities in Support of Opposition to Plaintiff's Motion for Summary Judgment shall be extended to November 2, 2018.

DATED this 2nd day of October, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

DATED this 2nd day of October, 2018.
THE WRIGHT LAW GROUP, P.C.

*/s/ John Henry Wright*
John Henry Wright, Esq.
Nevada Bar No. 6182
Christopher B. Phillips, Esq.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
*Attorneys for Defendant/Counter-Claimant, REO Investment Advisors V, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 4, 2018