CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Tel: (702) 667-3000
Fax: (702) 697-2020
Email: Christina.Wang@fnf.com

WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorneys for Plaintiff/Co-Defendant Prof-2013 Legal Title IV, by U.S. Bank National Association, as Legal Title Trustee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, RICHARD BARON, MANAGER; ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00277-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT REO INVESTMENT ADVISORS V, LLC'S MOTION TO AMEND**<br><br>**(FIRST REQUEST)** |

Plaintiff PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "U.S. Bank"), by and through its attorney of record, Christina H. Wang, Esq., of the law firm of Fidelity National Law Group and Christina V. Miller, of the law firm of Wright, Finlay & Zak, LLP, and Defendant REO Investment Advisors V, LLC's

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 2

("REO"), by and through its attorney of record, John Henry Wright, Esq., of the Wright Law Group, P.C. (collectively the "Parties"), hereby stipulate and agree to extend the deadline for Plaintiff to respond to REO's Motion to Amend Findings of Fact, Conclusions of Law and Judgment Pursuant to FRCP 52(b) (ECF No. 75), filed December 11, 2018, the response to which is currently due December 31, 2018. The Parties agree to extend the deadline to January 22, 2019.

This is the Parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The Parties' request this extension because Plaintiff's counsel will be out of town for the holidays and will return after the New Year.

DATED this 17th day of December, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **FIDELITY NATIONAL LAW GROUP** |
|---|---|
| */s/ Christina V. Miller* | */s/ Christina H. Wang* |
| _____ | _____ |
| CHRISTINA V. MILLER, ESQ. <br> Nevada Bar No. 12448 <br> KRISTA J. NIELSON, ESQ. <br> Nevada Bar No. 10698 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff/Co-Defendant Prof-2013 Legal Title IV, by U.S. Bank National Association, as Legal Title Trustee* | CHRISTINA H. WANG, ESQ. <br> Nevada Bar No. 9713 <br> 1701 Village Center Circle, Suite 110 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff/Co-Defendant Prof-2013 Legal Title IV, by U.S. Bank National Association, as Legal Title Trustee* |
| **THE WRIGHT LAW GROUP, P.C.** | |
| */s/ John Henry Wright (with permission)* | |
| _____ | |
| JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> CHRISTOPHER B. PHILLIPS, ESQ. <br> Nevada Bar No. 14600 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, Nevada 89102 <br> *Attorneys for REO Investment Advisors V, LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** December 20, 2018 _____

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 2 of 2